```
                         United States Bankruptcy Court
                                District of Alaska
In re:                                                        Case No. 15-00340-GS
Timothy Arthur Uei                                            Chapter 7
Karri Marie Uei
        Debtors                  CERTIFICATE OF NOTICE
District/off: 097--3          User: admin              Page 1 of 2              Date Rcvd: Oct 14, 2015
                              Form ID: B9A             Total Noticed: 60


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2015.
db/jdb         +Timothy Arthur Uei,   Karri Marie Uei,    POB 877486,   Wasilla, AK 99687-7486
801195         +ACPE,   3030 Vintage Blvd.,   Juneau, AK 99801-7100
801196         +ACS Wireless,    3427 E Tudor Rd., Suite A,   Anchorage, AK 99507-1282
801194          Accounts Receivable Management,    155 Mid Atantic Pl,   Thorofare, NJ 08086
801197        #+Alaska Court Services,    POB 212041,   Anchorage, AK 99521-2041
801198         +Alaska Emergency Medical Associates,   3427 E Tudor Rd., Suite A,   Anchorage, AK 99507-1282
801199         +Alaska Medical Specialties,    POB 241487,   Anchorage, AK 99524-1487
801200         +Alaska Oncology & Hematology,    2925 DeBarr Road, Suite 300,   Anchorage, AK 99508-2974
801201         +Alaska Radiology Associates,    3650 Piper St., Suite A,   Anchorage, AK 99508-4692
801203         +Alaska Urology, LLC,    2490 S. Woodworth Loop,   Palmer, AK 99645-7410
801204         +Arctic Chiropractic West Mat Su,    1150 S. Colony Way, Ste 2 PMB 226,   Palmer, AK 99645-6967
801206          Body Renew,   1324 E. Palmer-Wasilla Hwy., #10,   Palmer, AK 99645
801248        ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Zales Credit Plan,    POB 183015,   Columbus, OH 43218)
801208         +Capstone Family Medicine,    3122 E. Meridian Park Loop,   Wasilla, AK 99654-7294
801210         +Central Peninsula Hospital,    250 Hospital Place,   Soldotna, AK 99669-6999
801211         +Chase Mortgage,    POB 24696,   Columbus, OH 43224-0696
801212         +Citbank,   POB 78045,   Phoenix, AZ 85062-8045
801213         +Client Services, Inc,    POB 1503,   Saint Peters, MO 63376-0027
801214         +Collect Ameria via Cach, LLC,    4340 S. Monaco, 2nd Floor,   Denver, CO 80237-3485
801220         +Denali Refuse,    7362 . Parks Highway,   Wasilla, AK 99623-9300
801221         +Diversified Consultants, Inc,    POB 23870,   Jacksonville, FL 32241-3870
801222         +Enhanced Recovery Company, LLC,    POB 23870,   Jacksonville, FL 32241-3870
801223         +Financial Corporation of America,    POB 203500,   Austin, TX 78720-3500
801224         +First Credit Services,    377 Hoes Lane, Suite 200,   Piscataway, NJ 08854-4155
801226         +Fiserv/Checkfree Corp,    6000 Perimeter Dr,   Dublin, OH 43017-3233
801227         +GC Services,   6330 Gulfton,    Houston, TX 77081-1198
801228         +GCI,   320 West 5th Avenue,    Anchorage, AK 99501-2350
801230         +Larry Murray's Drain Cleaning,    POB 870472,   Wasilla, AK 99687-0472
801231         +Mat Su Emergency Med Physicians,    POB 718,   Palmer, AK 99645-0718
801232         +Mat Su Regional Medical Center,    POB 1687,   Palmer, AK 99645-1687
801233         +Mat Su Valley III, LLC,    Attn: #4718K,   POB 14000,   Belfast, ME 04915-4033
801234         +Matanuska Telephone,    1740 S. Chugach Street,   Palmer, AK 99645-6796
801235         +Mattson Investigations,    POB 92500,   Anchorage, AK 99509-2500
801236         +Midland Credit Management,    2365 Northside Drive,   San Diego, CA 92108-2709
801237         +Pediatrix Medical Group,    3340 Providence Drive,   Anchorage, AK 99508-4691
801238         +Professional Account Services, Inc,    POB 68,   Brentwood, TN 37024-0068
801239          Professional Recovery,    211 Laurel Rd,   Voorhees, NJ 08043
801240         +Providence Anesthesia,    3300 Providence Drive,   Anchorage, AK 99508-4660
801241         +Providence Business Services,    POB 4878,   Portland, OR 97208-4878
801242         +Providence Health & Services,    POB 4878,   Portland, OR 97208-4878
801243         +Real Time II, Inc,    1700 E. Bogard Rd, Bldg. A, #200,   Wasilla, AK 99654-6569
801244         +Receivables Performance,    20816 44th Ave. West,   Lynnwood, WA 98036-7744
801245         +Valley Collections,    POB 870670,   Wasilla, AK 99687-0670
801246         +Vision Financial Corp,    POB 7477,   Rockford, IL 61126-7477
801247         +Wasilla Medical Clinic,    1700 E. Parks Highway, Suite 200,   Wasilla, AK 99654-7352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: bankrupt@mtaonline.net Oct 14 2015 10:36:10      Jeff Carney,
                100 West Lakeview Avenue,   Wasilla, AK  99654
tr             +EDI: BNJIPPING.COM Oct 14 2015 10:43:00      Nacole M. Jipping(7),   PO Box 110502,
                Anchorage, AK 99511-0502
smg             E-mail/Text: bankruptcy@muni.org Oct 14 2015 10:36:12      Municipality of Anchorage,
                Department of Law,   P O Box 196650,   Anchorage, AK  99519-6650
ust             E-mail/Text: ustpregion18.ak.ecf@usdoj.gov Oct 14 2015 10:36:13      U.S. Trustee's Office,
                605 West 4th Avenue, Suite 203,   Anchorage, AK  99501-2252
801193         +EDI: CINGMIDLAND.COM Oct 14 2015 10:43:00      A T & T Wireless,   POB 6416,
                Carol Stream, IL 60197-6416
801202         +EDI: HCA2.COM Oct 14 2015 10:43:00      Alaska Regional Hospital,   2801 DeBarr Road,
                Anchorage, AK 99508-2997
801205          EDI: BANKAMER.COM Oct 14 2015 10:43:00      Bank of America,   POB 982235,   El Paso, TX 79998
801207         +EDI: CAPITALONE.COM Oct 14 2015 10:43:00      Capital One Bank,   POB 60599,
                City of Industry, CA 91716-0599
801209         +E-mail/Text: bankruptcy@cavps.com Oct 14 2015 10:36:14      Cavalry Portfolio Services,
                500 Summit Lake Dr, Suite 4A,   Valhalla, NY 10595-2323
801215         +EDI: WFNNB.COM Oct 14 2015 10:43:00      Comenity Bank/Torrid,   POB 182789,
                Columbus, OH 43218-2789
801216         +E-mail/Text: bankruptcy@consumerportfolio.com Oct 14 2015 10:36:13
                Consumer Portfolio Servicing,   POB 57071,   Irvine, CA 92619-7071
801217         +EDI: CONVERGENT.COM Oct 14 2015 10:43:00      Convergent Outsourcing, Inc.,   POB 9004,
                Renton, WA 98057-9004
801219         +E-mail/Text: madsupervisors@cu1.org Oct 14 2015 10:36:14      Credit Union One,
                1941 Abbott Road,   Anchorage, AK 99507-3448
```

```
District/off: 097--3          User: admin              Page 2 of 2              Date Rcvd: Oct 14, 2015
                              Form ID: B9A             Total Noticed: 60

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
801225         +EDI: FSAE.COM Oct 14 2015 10:43:00      Firstsource,    205 Bryant Woods South,
                 Buffalo, NY 14228-3609
801229         +EDI: CBSKOHLS.COM Oct 14 2015 10:43:00      Kohls Department Store,   POB 3115,
                 Milwaukee, WI 53201-3115
801244         +E-mail/Text: Supportservices@receivablesperformance.com Oct 14 2015 10:36:16
                 Receivables Performance,    20816 44th Ave. West,    Lynnwood, WA 98036-7744
                                                                                             TOTAL: 16

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
801218          ##+Cornerstone Credit,    3310 Arctic Blvd,    Anchorage, AK 99503-4576
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 13, 2015 at the address(es) listed below:
              Jeff   Carney    on behalf of Joint Debtor Karri Marie Uei bankrupt@mtaonline.net
              Jeff   Carney    on behalf of Debtor Timothy Arthur Uei bankrupt@mtaonline.net
              Nacole M. Jipping(7)    JippingECF@gmail.com, AK03@ecfcbis.com
              U.S. Trustee's Office    USTPRegion18.ak.ecf@usdoj.gov
                                                                                              TOTAL: 4
```

B9A (Official Form 9A) (Chapter 7 Individual or Joint Debtor No Asset Case) (04/14)  Case Number 15−00340

## UNITED STATES BANKRUPTCY COURT
### District of Alaska

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 10/9/15.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Creditors −− Do not file this notice in connection with any proof of claim you submit to the court.**
**See Reverse Side For Important Explanations**

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Timothy Arthur Uei<br>POB 877486<br>Wasilla, AK 99687 | Karri Marie Uei<br>POB 877486<br>Wasilla, AK 99687 |
| Case Number:<br>15−00340 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx−xx−8869<br>xxx−xx−1457 |
| Attorney for Debtor(s) (name and address):<br>Jeff Carney<br>100 West Lakeview Avenue<br>Wasilla, AK 99654<br>Telephone number: (907) 376−5333 | Bankruptcy Trustee (name and address):<br>Nacole M. Jipping(7)<br>PO Box 110502<br>Anchorage, AK 99511<br>Telephone number: (907)351−7929 |

### Meeting of Creditors
Date: **November 5, 2015**                                    Time: **04:15 PM**
Location: **James M. Fitzgerald U.S. Courthouse, 222 W. 7th Ave., Room 154, Anchorage, AK 99513**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**1/4/16 − Deadline to file Certificate and Debtor's Certification of Completing Financial Management Course.**
**1/4/16 − Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts.**
**1/4/16 − Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>605 W. 4th Avenue, Suite 138<br>Anchorage, AK 99501−2296<br>Telephone number: (907) 271−2655 | **For the Court:**<br>Jan S. Ostrovsky<br>Clerk of the Bankruptcy Court |
| Hours Open: Monday − Friday 9:00 AM − 12:00 and 1:00 − 4:30 PM | Date: 10/13/15 |

## EXPLANATIONS

B9A (Official Form 9A) (04/14)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.<br>*Do not include this notice with any filing you make with the court.* |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the front of this form. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer to Other Side for Important Deadlines and Notices