# Notice Recipients

| | | |
|---|---|---|
| District/Off: 097−−3 | User: admin | Date Created: 2/5/2016 |
| Case: 15−00340 | Form ID: 318 | Total: 62 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | U.S. Trustee's Office | USTPRegion18.ak.ecf@usdoj.gov |
| tr | Nacole M. Jipping(7) | JippingECF@gmail.com |
| aty | Jeff Carney | bankrupt@mtaonline.net |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | |
|---|---|---|---|---|
| db | Timothy Arthur Uei | POB 877486 | Wasilla, AK 99687 | |
| jdb | Karri Marie Uei | POB 877486 | Wasilla, AK 99687 | |
| smg | Municipality of Anchorage | Department of Law | P O Box 196650 | Anchorage, AK 99519−6650 |
| 801193 | A T & T Wireless | POB 6416 | Carol Stream, IL 60197 | |
| 801195 | ACPE | 3030 Vintage Blvd. | Juneau, AK 99801 | |
| 801196 | ACS Wireless | 3427 E Tudor Rd., Suite A | Anchorage, AK 99507 | |
| 801194 | Accounts Receivable Management | 155 Mid Atantic Pl | Thorofare, NJ 08086 | |
| 801197 | Alaska Court Services | POB 212041 | Anchorage, AK 99521 | |
| 801198 | Alaska Emergency Medical Associates | 3427 E Tudor Rd., Suite A | Anchorage, AK 99507 | |
| 801199 | Alaska Medical Specialties | POB 241487 | Anchorage, AK 99524 | |
| 801200 | Alaska Oncology & Hematology | 2925 DeBarr Road, Suite 300 | Anchorage, AK 99508 | |
| 801201 | Alaska Radiology Associates | 3650 Piper St., Suite A | Anchorage, AK 99508 | |
| 801202 | Alaska Regional Hospital | 2801 DeBarr Road | Anchorage, AK 99508 | |
| 801203 | Alaska Urology, LLC | 2490 S. Woodworth Loop | Palmer, AK 99645 | |
| 801204 | Arctic Chiropractic West Mat Su | 1150 S. Colony Way, Ste 2 PMB 226 | Palmer, AK 99645 | |
| 801205 | Bank of America | POB 982235 | El Paso, TX 79998 | |
| 801206 | Body Renew | 1324 E. Palmer−Wasilla Hwy., #10 | Palmer, AK 99645 | |
| 801207 | Capital One Bank | POB 60599 | City of Industry, CA 91716 | |
| 801208 | Capstone Family Medicine | 3122 E. Meridian Park Loop | Wasilla, AK 99654 | |
| 801209 | Cavalry Portfolio Services | 500 Summit Lake Dr, Suite 4A | Valhalla, NY 10595 | |
| 801210 | Central Peninsula Hospital | 250 Hospital Place | Soldotna, AK 99669 | |
| 801211 | Chase Mortgage | POB 24696 | Columbus, OH 43224 | |
| 801212 | Citbank | POB 78045 | Phoenix, AZ 85062 | |
| 801213 | Client Services, Inc | POB 1503 | Saint Peters, MO 63376 | |
| 801214 | Collect Ameria via Cach, LLC | 4340 S. Monaco, 2nd Floor | Denver, CO 80237 | |
| 801215 | Comenity Bank/Torrid | POB 182789 | Columbus, OH 43218 | |
| 801216 | Consumer Portfolio Servicing | POB 57071 | Irvine, CA 92619 | |
| 801217 | Convergent Outsourcing, Inc. | POB 9004 | Renton, WA 98057 | |
| 801218 | Cornerstone Credit | 3310 Arctic Blvd | Anchorage, AK 99509 | |
| 801219 | Credit Union One | 1941 Abbott Road | Anchorage, AK 99507 | |
| 801220 | Denali Refuse | 7362 . Parks Highway | Wasilla, AK 99623 | |
| 801221 | Diversified Consultants, Inc | POB 23870 | Jacksonville, FL 32241 | |
| 801222 | Enhanced Recovery Company, LLC | POB 23870 | Jacksonville, FL 32241 | |
| 801223 | Financial Corporation of America | POB 203500 | Austin, TX 78720 | |
| 801224 | First Credit Services | 377 Hoes Lane, Suite 200 | Piscataway, NJ 08854 | |
| 801225 | Firstsource | 205 Bryant Woods South | Buffalo, NY 14228 | |
| 801226 | Fiserv/Checkfree Corp | 6000 Perimeter Dr | Dublin, OH 43017 | |
| 801227 | GC Services | 6330 Gulfton | Houston, TX 77081 | |
| 801228 | GCI | 320 West 5th Avenue | Anchorage, AK 99501 | |
| 801229 | Kohls Department Store | POB 3115 | Milwaukee, WI 53201 | |
| 801230 | Larry Murray's Drain Cleaning | POB 870472 | Wasilla, AK 99687 | |
| 801231 | Mat Su Emergency Med Physicians | POB 718 | Palmer, AK 99645 | |
| 801232 | Mat Su Regional Medical Center | POB 1687 | Palmer, AK 99645 | |
| 801233 | Mat Su Valley III, LLC | Attn: #4718K | POB 14000 | Belfast, ME 04915 |
| 801234 | Matanuska Telephone | 1740 S. Chugach Street | Palmer, AK 99645 | |
| 801235 | Mattson Investigations | POB 92500 | Anchorage, AK 99509 | |
| 801236 | Midland Credit Management | 2365 Northside Drive | San Diego, CA 92108 | |
| 801237 | Pediatrix Medical Group | 3340 Providence Drive | Anchorage, AK 99508 | |
| 801238 | Professional Account Services, Inc | POB 68 | Brentwood, TN 37024 | |
| 801239 | Professional Recovery | 211 Laurel Rd | Voorhees, NJ 08043 | |
| 801240 | Providence Anesthesia | 3300 Providence Drive | Anchorage, AK 99508 | |
| 801241 | Providence Business Services | POB 4878 | Portland, OR 97208 | |
| 801242 | Providence Health & Services | POB 4878 | Portland, OR 97208 | |
| 801243 | Real Time II, Inc | 1700 E. Bogard Rd, Bldg. A, #200 | Wasilla, AK 99654 | |
| 801244 | Receivables Performance | 20816 44th Ave. West | Lynnwood, WA 98036 | |
| 801245 | Valley Collections | POB 870670 | Wasilla, AK 99687 | |
| 801246 | Vision Financial Corp | POB 7477 | Rockford, IL 61126 | |
| 801247 | Wasilla Medical Clinic | 1700 E. Parks Highway, Suite 200 | Wasilla, AK 99654 | |
| 801248 | Zales Credit Plan | POB 183015 | Columbus, OH 43218 | |

TOTAL: 59