```
                       United States Bankruptcy Court
                              District of Alaska
In re:                                                    Case No. 15-00340-GS
Timothy Arthur Uei                                        Chapter 7
Karri Marie Uei
        Debtors                  CERTIFICATE OF NOTICE
District/off: 097--3        User: admin              Page 1 of 2             Date Rcvd: Feb 05, 2016
                            Form ID: 318             Total Noticed: 57


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2016.
db/jdb         +Timothy Arthur Uei,   Karri Marie Uei,   POB 877486,   Wasilla, AK 99687-7486
801195         +ACPE,   3030 Vintage Blvd.,   Juneau, AK 99801-7100
801196         +ACS Wireless,   3427 E Tudor Rd., Suite A,   Anchorage, AK 99507-1282
801194          Accounts Receivable Management,   155 Mid Atantic Pl,   Thorofare, NJ 08086
801197         #+Alaska Court Services,   POB 212041,   Anchorage, AK 99521-2041
801198         +Alaska Emergency Medical Associates,   3427 E Tudor Rd., Suite A,   Anchorage, AK 99507-1282
801199         +Alaska Medical Specialties,   POB 241487,   Anchorage, AK 99524-1487
801200         +Alaska Oncology & Hematology,   2925 DeBarr Road, Suite 300,   Anchorage, AK 99508-2974
801201         +Alaska Radiology Associates,   3650 Piper St., Suite A,   Anchorage, AK 99508-4692
801203         +Alaska Urology, LLC,   2490 S. Woodworth Loop,   Palmer, AK 99645-7410
801204         +Arctic Chiropractic West Mat Su,   1150 S. Colony Way, Ste 2 PMB 226,   Palmer, AK 99645-6967
801206          Body Renew,   1324 E. Palmer-Wasilla Hwy., #10,   Palmer, AK 99645
801248        ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                (address filed with court:   Zales Credit Plan,   POB 183015,   Columbus, OH 43218)
801208         +Capstone Family Medicine,   3122 E. Meridian Park Loop,   Wasilla, AK 99654-7294
801210         +Central Peninsula Hospital,   250 Hospital Place,   Soldotna, AK 99669-6999
801211         +Chase Mortgage,   POB 24696,   Columbus, OH 43224-0696
801212         +Citbank,   POB 78045,   Phoenix, AZ 85062-8045
801213         +Client Services, Inc,   POB 1503,   Saint Peters, MO 63376-0027
801214         +Collect Ameria via Cach, LLC,   4340 S. Monaco, 2nd Floor,   Denver, CO 80237-3485
801220         +Denali Refuse,   7362 . Parks Highway,   Wasilla, AK 99623-9300
801221         +Diversified Consultants, Inc,   POB 23870,   Jacksonville, FL 32241-3870
801222         +Enhanced Recovery Company, LLC,   POB 23870,   Jacksonville, FL 32241-3870
801223         +Financial Corporation of America,   POB 203500,   Austin, TX 78720-3500
801224         +First Credit Services,   377 Hoes Lane, Suite 200,   Piscataway, NJ 08854-4155
801226         +Fiserv/Checkfree Corp,   6000 Perimeter Dr,   Dublin, OH 43017-3233
801227         +GC Services,   6330 Gulfton,   Houston, TX 77081-1198
801228         +GCI,   320 West 5th Avenue,   Anchorage, AK 99501-2350
801230         +Larry Murray's Drain Cleaning,   POB 870472,   Wasilla, AK 99687-0472
801231         +Mat Su Emergency Med Physicians,   POB 718,   Palmer, AK 99645-0718
801232         +Mat Su Regional Medical Center,   POB 1687,   Palmer, AK 99645-1687
801233         +Mat Su Valley III, LLC,   Attn: #4718K,   POB 14000,   Belfast, ME 04915-4033
801234         +Matanuska Telephone,   1740 S. Chugach Street,   Palmer, AK 99645-6796
801235         +Mattson Investigations,   POB 92500,   Anchorage, AK 99509-2500
801236         +Midland Credit Management,   2365 Northside Drive,   San Diego, CA 92108-2709
801237         +Pediatrix Medical Group,   3340 Providence Drive,   Anchorage, AK 99508-4691
801238         +Professional Account Services, Inc,   POB 68,   Brentwood, TN 37024-0068
801239          Professional Recovery,   211 Laurel Rd,   Voorhees, NJ 08043
801240         +Providence Anesthesia,   3300 Providence Drive,   Anchorage, AK 99508-4660
801241         +Providence Business Services,   POB 4878,   Portland, OR 97208-4878
801242         +Providence Health & Services,   POB 4878,   Portland, OR 97208-4878
801243         +Real Time II, Inc,   1700 E. Bogard Rd, Bldg. A, #200,   Wasilla, AK 99654-6569
801245         +Valley Collections,   POB 870670,   Wasilla, AK 99687-0670
801246         +Vision Financial Corp,   POB 7477,   Rockford, IL 61126-7477
801247         +Wasilla Medical Clinic,   1700 E. Parks Highway, Suite 200,   Wasilla, AK 99654-7352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@muni.org Feb 06 2016 00:14:52      Municipality of Anchorage,
                 Department of Law,   P O Box 196650,   Anchorage, AK  99519-6650
801193         +EDI: CINGMIDLAND.COM Feb 06 2016 00:18:00      A T & T Wireless,   POB 6416,
                 Carol Stream, IL 60197-6416
801195         +E-mail/Text: operations@alaska.gov Feb 06 2016 00:14:57      ACPE,   3030 Vintage Blvd.,
                 Juneau, AK 99801-7100
801202         +EDI: HCA2.COM Feb 06 2016 00:18:00      Alaska Regional Hospital,   2801 DeBarr Road,
                 Anchorage, AK 99508-2997
801205          EDI: BANKAMER.COM Feb 06 2016 00:18:00      Bank of America,   POB 982235,   El Paso, TX 79998
801207         +EDI: CAPITALONE.COM Feb 06 2016 00:18:00      Capital One Bank,   POB 60599,
                 City of Industry, CA 91716-0599
801209         +E-mail/Text: bankruptcy@cavps.com Feb 06 2016 00:14:53      Cavalry Portfolio Services,
                 500 Summit Lake Dr, Suite 4A,   Valhalla, NY 10595-2323
801215         +EDI: WFNNB.COM Feb 06 2016 00:18:00      Comenity Bank/Torrid,   POB 182789,
                 Columbus, OH 43218-2789
801216         +E-mail/Text: bankruptcy@consumerportfolio.com Feb 06 2016 00:14:53
                 Consumer Portfolio Servicing,   POB 57071,   Irvine, CA 92619-7071
801217         +EDI: CONVERGENT.COM Feb 06 2016 00:18:00      Convergent Outsourcing, Inc.,   POB 9004,
                 Renton, WA 98057-9004
801219         +E-mail/Text: madsupervisors@cu1.org Feb 06 2016 00:14:53      Credit Union One,
                 1941 Abbott Road,   Anchorage, AK 99507-3448
801225         +EDI: FSAE.COM Feb 06 2016 00:18:00      Firstsource,   205 Bryant Woods South,
                 Buffalo, NY 14228-3609
801229         +EDI: CBSKOHLS.COM Feb 06 2016 00:18:00      Kohls Department Store,   POB 3115,
                 Milwaukee, WI 53201-3115
```

```
District/off: 097--3          User: admin              Page 2 of 2                Date Rcvd: Feb 05, 2016
                              Form ID: 318             Total Noticed: 57
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
801244        +E-mail/Text: Supportservices@receivablesperformance.com Feb 06 2016 00:14:56
               Receivables Performance,   20816 44th Ave. West,   Lynnwood, WA 98036-7744
                                                                                         TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
801218      ##+Cornerstone Credit,   3310 Arctic Blvd,   Anchorage, AK 99503-4576
                                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2016 at the address(es) listed below:
```
              Jeff   Carney    on behalf of Joint Debtor Karri Marie Uei bankrupt@mtaonline.net
              Jeff   Carney    on behalf of Debtor Timothy Arthur Uei bankrupt@mtaonline.net
              Nacole M. Jipping(7)    JippingECF@gmail.com, AK03@ecfcbis.com
              U.S. Trustee's Office    USTPRegion18.ak.ecf@usdoj.gov
                                                                                         TOTAL: 4
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Timothy Arthur Uei** | Social Security number or ITIN **xxx–xx–8869** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Karri Marie Uei** | Social Security number or ITIN **xxx–xx–1457** |
| | First Name   Middle Name   Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court **District of Alaska** | | |
| Case number:  **15–00340** | | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Timothy Arthur Uei                                          Karri Marie Uei

<u>2/5/16</u>                                              **By the court:**  <u>Gary Spraker</u>
                                                                          United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2